Maksimovich & Associates, P.C.
Robert Marcus (IL Bar #6304891)
  *rmarcus@attorneymm.com*
8643 Ogden Avenue
Lyons, Illinois 60534
Telephone:   (708) 447-1040
Facsimile:   (708) 447-1846

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Todd Wynkoop, #308845
  *todd.wynkoop@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Clark Hill PLC
Kevin H. Morse, #253066
  *kmorse@clarkhill.com*
130 East Randolph Street, Suite 3900
Chicago, Illinois 60601
Telephone:   (312) 985-5556
Facsimile:   (312) 517-7593

Attorneys for Plaintiffs F. RUSSELL HARRIS
and HARRIS FARMS, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| F. RUSSELL HARRIS, individually; and HARRIS FARMS, LP, a California limited partnership,<br><br>                Plaintiffs,<br><br>        v.<br><br>HENRY MILLER RECLAMATION DISTRICT NO. 2131, a California water reclamation district; et al,<br><br>                Defendants. | Case No. 1:21-cv-00882-AWI-EPG<br><br>[~~PROPOSED~~] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS COMPLAINT |

On August 9, 2021, the parties filed a stipulation to continue Defendants' Motion to Dismiss

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

[PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS COMPLAINT

the Complaint (the "Motion") that is currently set for August 23, 2021. The Court will give effect to the stipulation.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Motion set for August 23, 2021, is CONTINUED to September 27, 2021, at 1:30 p.m., in Courtroom 2.

2. Plaintiffs' responsive pleading to the Motion shall be filed on or before August 20, 2021.

3. Defendants' reply to the Motion shall be filed on or before September 3, 2021.

IT IS SO ORDERED.

Dated:   August 9, 2021

_____
SENIOR DISTRICT JUDGE