UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| F. RUSSELL HARRIS, individually, and HARRIS FARMS, LP, a California limited partnership,<br><br>    Plaintiff(s),<br><br>  v.<br><br>HENRY MILLER RECLAMATION DISTRICT NO. 2131, a California water reclamation district; SAN LUIS CANAL COMPANY, a California mutual water company; JAMES NICKEL, an individual; JAMES NICKEL, President/Director of San Luis Canal Company; CANNON MICHAEL a/k/a PETER CANNON MICHAEL, an individual; CANNON MICHAEL a/k/a PETER CANNON MICHAEL, Vice President/Director of San Luis Canal Company; DAVID PRUITT, an individual; DAVID PRUITT, Secretary/Treasurer/Director of San Luis Canal Company; ROBERT McDONALD, an individual; ROBERT McDONALD, Director of San Luis Canal Company; DOUGLAS GOODMAN, an individual; DOUGLAS GOODMAN, Director of San Luis Canal Company; DAVID CARLUCCI, an individual; DAVID CARLUCCI, Director of San Luis Canal Company; MICHAEL PALAZZO, an individual; MICHAEL PALAZZO, Director of San Luis Canal Company; JOHN WIERSMA, an individual; JOHN WIERSMA, General Manager of San Luis Canal Company; and DOES 1 through 25,<br><br>Defendant(s). | Case No. 1:21-cv-00882-AWI-EPG<br><br>**STIPULATED ORDER TO STAY PROCEEDINGS**<br><br>(Doc. No. 36) |

1 | Having considered the Stipulation to Stay Proceedings submitted by the parties, Doc. No. 36, and GOOD CAUSE appearing, IT IS HEREBY ORDERED:

    1. All proceedings in this case are stayed until November 28, 2022; and

    2. Plaintiffs and Defendants shall submit a joint status report on settlement on or before November 21, 2022, and inform the Court whether the parties request continuation of the stay, termination of the stay or such other relief.

IT IS SO ORDERED.

Dated:   September 9, 2022

SENIOR DISTRICT JUDGE