**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| F. RUSSELL HARRIS, individually, and HARRIS FARMS, LP, a California limited partnership,<br><br>        Plaintiffs,<br><br>  v.<br><br>HENRY MILLER RECLAMATION DISTRICT NO. 2131, a California water reclamation district; SAN LUIS CANAL COMPANY, a California mutual water company; JAMES NICKEL, an individual; JAMES NICKEL, President/Director of San Luis Canal Company; CANNON MICHAEL a/k/a PETER CANNON MICHAEL, an individual; CANNON MICHAEL a/k/a PETER CANNON MICHAEL, Vice President/Director of San Luis Canal Company; DAVID PRUITT, an individual; DAVID PRUITT, Secretary/Treasurer/Director of San Luis Canal Company; ROBERT McDONALD, an individual; ROBERT McDONALD, Director of San Luis Canal Company; DOUGLAS GOODMAN, an individual; DOUGLAS GOODMAN, Director of San Luis Canal Company; DAVID CARLUCCI, an individual; DAVID CARLUCCI, Director of San Luis Canal Company; MICHAEL PALAZZO, an individual; MICHAEL PALAZZO, Director of San Luis Canal Company; JOHN WIERSMA, an individual; JOHN WIERSMA, General Manager of San Luis Canal Company; and DOES 1 through 25,<br><br>        Defendants. | Case No. 1:21-cv-00882-AWI-EPG<br><br>**STIPULATED ORDER TO STAY PROCEEDINGS**<br><br>(Doc. No._41) |

On March 22, 2023, the parties filed a stipulation to stay these proceedings to allow for

mediation with Ret. Judge Howard R. Broadman on September 20-21, 2023, with the goal of resolving "all issues" in this case. No. 41.

The Court sees good cause for granting a stay, but notes that two stays have already been granted in this action, Doc. Nos. 37 & 40, and that there are two motions that have been pending for some time: (i) Defendants' motion to dismiss the First Amended Complaint, which was filed on February 28, 2022, Doc. No. 32; and (ii) Plaintiff's motion to disqualify defense counsel, which was filed on September 27, 2021. Doc. No. 25. The Court will deny both of these motions for administrative purposes, as it is not appropriate to have them pending for over a year on the docket. To address the merits of these motions, the Court will order that they automatically revive the day after the stay ordered herein expires. The Court stresses that this denial is strictly for administrative purposes and in no way reflects on the merits of either motion.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED:

1. All proceedings in this case are stayed through October 19, 2023;

2. Plaintiffs and Defendants shall submit a joint status report on settlement on or before October 5, 2023 and inform the Court on the status of the scheduled mediation and whether the parties request the stay to be continued, terminated, or such other relief;

3. Defendants' motion to dismiss the First Amended Complaint, Doc. No. 32, is DENIED administratively (with no reflection on the merits of the motion) and will automatically revive on October 20, 2023 absent dismissal of this case or further Court order; and

4. Plaintiff's motion to disqualify, Doc. No. 25, is DENIED administratively (with no reflection on the merits of the motion) and will automatically revive on October 20, 2023 absent dismissal of this case or further Court order.

IT IS SO ORDERED.

Dated:   March 29, 2023                                  _____
                                                          SENIOR DISTRICT JUDGE