[Exempt From Filing Fee
Government Code § 6103]

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSEPH A. SALAZAR JR., SB# 169551
2     E-Mail: Joe.Salazar@lewisbrisbois.com
   RYAN MATTHEWS, SB# 311674
3     E-Mail: Ryan.Matthews@lewisbrisbois.com
   2020 West El Camino Avenue, Suite 700
4  Sacramento, California 95833
   Telephone: 916.564.5400
5  Facsimile: 916.564.5444

6  Attorneys for Defendants, HENRY MILLER
   RECLAMATION DISTRICT NO. 2131, SAN
7  LUIS CANAL COMPANY, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| F. RUSSELL HARRIS, individually; and HARRIS FARMS, LP, a California limited partnership,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>HENRY MILLER RECLAMATION DISTRICT NO. 2131, a California water reclamation district; SAN LUIS CANAL COMPANY, a California mutual water company; JAMES NICKEL, an individual; JAMES NICKEL, President/Director of San Luis Canal Company; CANNON MICHAEL a/k/a PETER CANNON MICHAEL, an individual; CANNON MICHAEL a/k/a PETER CANNON MICHAEL, Vice President/Director of San Luis Canal Company; DAVID PRUITT, an individual; DAVID PRUITT, Secretary/Treasurer/ Director of San Luis Canal Company; ROBERT McDONALD, an individual; ROBERT McDONALD, Director of San Luis Canal Company; DOUGLAS GOODMAN, an individual; DOUGLAS GOODMAN, Director of San Luis Canal Company; DAVID CARLUCCI, an individual; DAVID CARLUCCI, Director of San Luis Canal Company; MICHAEL PALAZZO, an individual; MICHAEL PALAZZO, Director of San Luis Canal Company; JOHN WIERSMA, an individual; JOHN WIERSMA, General | Case No. 1:21-cv-00882-KJM-EPG<br><br>**STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER AND RESET EXPERT DISCOVERY DEADLINES**<br><br>Judge:　Hon. Kimberly J. Mueller<br><br>Trial Date:　　　None Set |

Manager of San Luis Canal Company; and
DOES 1 through 25,

        Defendants.

# STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER AND RESET EXPERT DISCOVERY DEADLINES

Plaintiffs and Defendants (together, the Parties), by and through their undersigned counsel, stipulate as follows:

WHEREAS, under Federal Rule of Civil Procedure 16(b)(4), the Court has broad discretion to modify a pretrial scheduling order on a showing of "good cause," focusing on the diligence of the parties and the reasons for the modification;

WHEREAS, the scheduling order entered by the Court on June 26, 2025 (ECF No. 65) provided for the following deadlines:

- Fact discovery shall be completed by December 10, 2025;
- Expert disclosures shall be completed by December 19, 2025;
- Rebuttal expert witnesses shall be exchanged by January 16, 2026;
- All expert discovery shall be completed by February 16, 2026; and
- All dispositive motions shall be completed by March 13, 2026.

WHEREAS there has been no prior modification of the current Scheduling Order;

WHEREAS Plaintiff has propounded Notices of Deposition and subpoenas to Defendants and third party witnesses;

WHEREAS the parties are working to schedule those depositions and have agreed that the depositions pursuant to Fed. R. Civ. P. 30(b)(6) will take place the week of November 17, 2025, but must work around other schedules of counsel and third parties;

WHEREAS those Notices of Deposition contain numerous document requests;

WHEREAS Defendants have been working diligently to collect a broad scope of documents from multiple decades;

WHEREAS those documents will be produced on or before October 27, 2025, but are extremely voluminous, containing over 1,200 individual documents, and over 19,000 pages,

exclusive of additional native documents;

WHEREAS upon review of those documents, Plaintiff may wish to conduct additional discovery based on information obtained therefrom;

WHEREAS despite the efforts of the parties, fact discovery is unlikely to be completed by the deadline set forth in the scheduling order;

WHEREAS extending the deadline for fact discovery will not unduly delay the litigation or prejudice any party;

THEREFORE the parties jointly stipulate and request that the Court order that the current case schedule (ECF No. 65) be modified to reflect the following deadlines:

- Fact Discovery shall be completed by ~~December 10, 2025~~ March 10, 2026;
- Expert disclosures shall be completed by ~~December 19, 2025~~ March 17, 2026;
- Rebuttal expert witnesses shall be exchanged by ~~January 10, 2026~~ April 10, 2026;
- All expert discovery shall be completed by ~~February 16, 2026~~ May 16, 2026;
- All dispositive motions shall be completed by ~~March 13, 2026~~ June 13, 2026.

DATED: October 27, 2025                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Ryan Matthews*
RYAN MATTHEWS
Attorneys for Defendants, HENRY MILLER RECLAMATION DISTRICT NO. 2131, SAN LUIS CANAL COMPANY, et al.

DATED: October 27, 2025                WANGER JONES HELSLEY PC

By:   */s/ Kurt F. Vote*
KURT F. VOTE
Attorneys for Plaintiffs, F. RUSSELL HARRIS and HARRIS FARMS, LP



165830999.1

3

STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER AND RESET EXPERT DISCOVERY DEADLINES

1  DATED: October 27, 2025          CLARK HILL PLC

3                       By:      */s/ Kevin H. Morse*
                              KEVIN H. MORSE
4                             Attorneys for Plaintiffs, F. RUSSELL HARRIS
                              and HARRIS FARMS, LP



165830999.1                              4

STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER AND RESET EXPERT DISCOVERY DEADLINES

**ORDER**

Good cause appearing, the Court hereby ORDERS that the scheduling order be modified to reflect the following deadlines:

- Fact Discovery shall be completed by March 10, 2026;
- Expert disclosures shall be completed by March 17, 2026;
- Rebuttal expert witnesses shall be exchanged by April 10, 2026;
- All expert discovery shall be completed by May 16, 2026; and
- All dispositive motions shall be completed by June 13, 2026.

SO ORDERED.

DATED: October 30, 2025.

_____
UNITED STATES DISTRICT JUDGE