UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| F. RUSSELL HARRIS, individually; and HARRIS FARMS, LP, a California limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY MILLER RECLAMATION DISTRICT NO. 2131, et al.,<br><br>Defendants. | Case No. 1:21-cv-00882-DC-EPG<br><br>**STIPULATION AND ORDER FOR SUPPLEMENTAL SUBMISSION RE DISCOVERY DISAGREEMENT FOR MOTION TO COMPEL LIMITED CONTINUED DEPOSITION OF JOHN WIERSMA**<br><br>(ECF No. 92) |

Plaintiffs and Defendants (together, the Parties), by and through their undersigned counsel, stipulate as follows:

WHEREAS, in or about February 2026, a dispute arose between the Parties regarding the continued deposition of John Wiersma, an individual defendant and the Fed. R. Civ. P. 30 (b)(6) witness for Defendants HENRY MILLER RECLAMATION DISTRICT NO. 2131, a public entity ("HMRD"), SAN LUIS CANAL COMPANY, a private mutual water company ("SLCC");

WHEREAS, despite an initial meet and confer, as well as an Informal Discovery Conference before Magistrate Judge Erica P. Grosjean on March 12, 2026, the Parties were unable to resolve the dispute, and Plaintiffs filed a Motion to Compel Continued Deposition of John Wiersma on September 3, 2026 (Dkt 86);

WHEREAS, on September 18, 2026, Defendants filed a Motion for Summary Judgment, which relied heavily on a 200-page Declaration of John Wiersma (Dkt 89);

WHEREAS, Defendants' September 18, 2026 Motion for Summary Judgment was denied for failure to comply with the Court's Standing Order requiring meaningful meet and confer before filing a motion, and Defendants' counsel has advised they intend to refile their Motion for Summary Judgment;

WHEREAS, Plaintiffs have requested that Defendants stipulate to allow Plaintiffs to file a short supplemental submission in connection with Motion to Compel the Continued Deposition of John Wiersma to advise the Court of the further need to depose John Wiersma based on the Declaration filed by him in support of Defendants' Motion for Summary Judgment;

WHEREAS, Defendants have agreed to stipulate to the same so long as they have an opportunity to respond;

THEREFORE, the parties jointly stipulate and request the Court order that Plaintiffs may file a short supplemental submission in connection with Motion to Compel Continued Deposition of John Wiersma on or before October 21, 2026, and that Defendants may file a short response to the same on or before October 22, 2026.

Dated: October 20, 2026

WANGER JONES HELSLEY PC

By: ___/s/ Kurt F Vote_________________
Timothy Jones
Kurt F. Vote
Marisa L. Balch
Attorneys for Plaintiffs F. Russell Harris and Harris Farms, LP

Dated: October 20, 2026

CLARK HILL PLC

By: ___/s/ Kevin H. Morse_______________
Kevin H. Morse
Attorneys for Plaintiffs F. Russell Harris and Harris Farms, LP

Dated: October 20, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___/s/ Ryan Matthews________________
Ryan Matthews
Attorneys for Defendants, HENRY MILLER RECLAMATION DISTRICT NO. 2131, SAN LUIS CANAL COMPANY, et al.

ORDER

Upon review of the parties' stipulation and good cause appearing, the Court hereby ORDERS the following:

1. Plaintiffs may file a short supplemental submission in connection with Motion to Compel the Continued Deposition of John Wiersma by October 21, 2026;
2. Defendants may file a short response to the same by October 22, 2026.

IT IS SO ORDERED.

Dated: **October 20, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE